IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TIMOTHY LEE MARSOLF,

        Petitioner,

    v.

BOARD OF PAROLE AND
POST-PRISON SUPERVISION, and
SHARON BLACKETTER, Superintendent,
Eastern Oregon Correctional Institution,

        Respondents.

Civil No. 03-1559-AS

ORDER

BROWN, Judge.

    IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition Without Prejudice (#57) is GRANTED.

    IT IS SO ORDERED.

    DATED this  20   day of January, 2006.

                      /s/Anna J. Brown
                        ANNA J. BROWN
                        United States District Judge